UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TCYK, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:13-cv-03842 |
| v. | ) | |
| | ) | Honorable Joan B. Gottschall |
| DOES 1-62, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, September 4, 2013, at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Joan B. Gottschall, or any judge sitting in her stead in Courtroom 2325 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present the following motion attached hereto: Motion to Vacate, Motion to Quash, Motion to Sever and Motion to Dismiss on behalf of John Doe 40.

Respectfully submitted,

/s/ Erin Kathryn Russell

The Russell Firm
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60611
T: 312-994-2424
F: 312-706-7966
erin@russellgroupchicago.com
ARDC # 6287255

CERTIFICATE OF SERVICE

The undersigned certifies that on August 14, 2013, she caused the foregoing to be filed with the Court via the CM/ECF electronic filing system, thereby serving all parties of record.

/s/ Erin Kathryn Russell